877 P.2d 890

# SUPREME COURT OF HAWAII

| | | | |
|---|---|---|---|
| Continental Cas. Co. v. Bragg .... | 17226 | 5/2/94 | Vacated and Remanded | |
| Does, (DOB 6/16/75 & 8/22/82), Jane, In re ..................... | 15739 | 5/13/94 | Affirmed | |
| State v. Quinley ................. | 15090 | 5/26/94 | Affirmed | 836 P.2d 510 |
| Tun v. Kapiolani Women's & Children's Medical Ctr.............. | 16920 | 5/31/94 | Vacated and Remanded | |
| Magsanide; In re ............... | 17671 | 6/24/94 | Affirmed | |
| Myers v. South Seas Corp. ....... | 15086, 15117 | 5/4/94 | Granted in part; Denied in part | 871 P.2d 1235 |
| Sol v. AIG Hawai'i Ins. Co. ...... | 17038 | 6/6/94 | Denied | 875 P.2d 921 |